IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HALLIE ANN BAUMAN | : CIVIL ACTION NO. 05-1276 |
| v. | : |
| DAIMLERCHRYSLER CORPORATION | : |

### PRAECIPE TO SETTLE AND DISCONTINUE

TO THE CLERK OF COURT:

Kindly mark the above-captioned matter settled and discontinued with prejudice and without costs to any party.

REEVES AND ROSS, P.C.

BY: /s/ Dwayne E. Ross
DWAYNE E. ROSS
Attorney for Plaintiff

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: /s/ Keith D. Heinold
KEITH D. HEINOLD
Attorney for Defendant,
DaimlerChrysler Corporation

\01_21\LIAB\GBLIEBSCH\LLPG\596048\GBLIEBSCH\03046\00544

SO ORDERED, this 23rd day of March, 2007.

Gary L. Lancaster, U.S. District Judge